BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00062-MCE-AC |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| MISCELLANEOUS FIREARMS, AMMUNITION, AND EQUIPMENT USED FOR MANUFACTURING FIREARMS LISTED IN EXHIBIT A, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Ryan Kelly, Daniel Crowninshield, and Cindy Crowninshield, in *propria persona* ("claimants"), as follows:

1.      On or about January 27, 2014, claimants filed a claims in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") with respect to the Miscellaneous Firearms, Ammunition, and Equipment Used for Manufacturing Firearms listed in Exhibit A attached hereto and incorporated herein (hereafter "defendant properties"), which were seized on or about October 9, 2013.

2.      The ATF has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant properties as required by law in the administrative forfeiture proceeding.

1

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is April 25, 2014.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 24, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to June 24, 2014.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

Dated: 4/25/14 _____          BENJAMIN B. WAGNER
                               United States Attorney

                      By:      /s/ Kevin C. Khasigian
                               KEVIN C. KHASIGIAN
                               Assistant U.S. Attorney

Dated: 4/23/14 _____          /s/ Ryan Kelly
                               RYAN KELLY
                               Potential claimant appearing in *propria persona*

Dated: 4/24/14 _____          /s/ Daniel Crowninshield
                               DANIEL CROWNINSHIELD
                               Potential claimant appearing in *propria persona*

Dated: 4/24/14 _____          /s/ Cindy Crowninshield
                               CINDY CROWNINSHIELD
                               Potential claimant appearing in *propria persona*

                               (Signatures authorized by phone)


**IT IS SO ORDERED**.

Dated:  May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

**Exhibit A**

1.   Ruger SR-22 pistol, 22 caliber, Serial Number: 36035799,
2.   1990 Matsura C & C Machine, Model: MC-510V, Serial Number: 900208118,
3.   1985 Matsura C & C Machine, Model: MC-510V2, Serial Number: 85065087,
4.   Heavy Machinery Rockwell Delta 15-665, Serial Number: 1421443,
5.   Heavy Machinery Bridgeport Series 1, Serial Number: 74340-2,
6.   Walther P22 pistol, 22 caliber, Serial Number: L367248,
7.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000793),
8.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000798),
9.   Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000799),
10.  Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000800),
11.  Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000801),
12.  Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000803),
13.  Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000804),
14.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000813),
15.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000816),
16.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000820),
17.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000824),
18.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000825),
19.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000826),
20.  Unknown Manufacturer Unknown Receiver/Frame, caliber: unknown (14-ATF-000827),
21.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: AE3243 (14-ATF-000830),
22.  18750 Rounds of Assorted Ammunition, caliber: unknown, (14-ATF-000847),
23.  Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000850),
24.  Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000854),
25.  Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-000858),
26.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 294727 (14-ATF-000873),
27.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 000 (14-ATF-000881),
28.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000889),
29.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: unknown (14-ATF-000891),
30.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000892),
31.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000893),
32.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000895),
33.  809 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000897),
34.  3125 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-000898),
35.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: 1292989527-1 (14-ATF-000899),
36.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000900),
37.  Unknown Manufacturer Unknown Rifle, caliber: unknown, S/N: none (14-ATF-000901),
38.  Unknown Manufacturer Unknown Rifle Receiver/Frame, S/N: none (14-ATF-001941),
39.  6 Rounds of Assorted Ammunition, caliber: 12 (14-ATF-001099),
40.  180 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001221),
41.  650 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001226),
42.  140 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001228),
43.  2000 Component Assorted Ammunition, caliber: unknown (14-ATF-001231),
44.  908 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001232),
45.  1985 Rounds of Assorted Ammunition, caliber: 22 (14-ATF-001234),
46.  80 Rounds of Assorted Ammunition, caliber: 81 (14-ATF-001235),
47.  270 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001238),
48.  624 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001239),
49.  1558 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001241),
50.  5000 Component Assorted Ammunition, caliber: unknown (14-ATF-001242),
51.  966 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001243),

4

52. 190 Rounds of Assorted Ammunition, caliber: 223 (14-ATF-001245),
53. 1359 Rounds of Assorted Ammunition, caliber: unknown (14-ATF-001247),

54. 8 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001248),
55. 6 Rounds of Assorted Ammunition, caliber: 12 (14-ATF-001250),
56. 350 Rounds of Assorted Ammunition, caliber: 9 (14-ATF-001251), and
57. 5 Component Assorted Ammunition, caliber: unknown (14-ATF-001252).

Stipulation and Order to Extend Time